

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Adam Sosa, Jr.,

\* From the 132nd District Court
of Scurry County
Trial Court No. 10378.

Vs. No. 11-16-00216-CR

\* July 26, 2018

The State of Texas,

\* Memorandum Opinion by Wright, S.C.J.
(Panel consists of: Willson, J.,
Bailey, J., and Wright, S.C.J., sitting
by assignment)

        This court has inspected the record in this cause and concludes that there is no error in the judgment below.  Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.